

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00257-CV

**LDG001, LLC AND
DJD LAND PARTNERS, LLC,**

                                        **Appellants**

 **v.**

**SOUTHERN STAR CAPITAL, LLC
D/B/A RELIANCE MORTGAGE COMPANY,
MIKE ANDERSON, MARK ADAMS,
ROBERT W. BUCHHOLZ, AND
CITIZENS BANK,**

                                        **Appellees**

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C202000421**

## MEMORANDUM OPINION

On October 29, 2020, the Court requested a status report regarding this appeal after having received notice on October 7, 2020 that one of the appellants, LDG001, LLC, had filed for bankruptcy protection. The status report filed by appellants indicated that the bankruptcy proceeding was still pending. Thus, further action in this appeal has been

automatically stayed.  *See* 11 U.S.C. § 362.

The Court issued a Notice on December 9, 2020 informing the parties that this Court would await notice from the United States Bankruptcy Court that the Bankruptcy Proceeding had been closed and that the debt which is the subject of this proceeding was not discharged therein, or an Order from the United States Bankruptcy Court that this appellate proceeding may proceed.  The parties were warned that if the described notice or order was not received by this Court within 60 days of the date of the Notice, this proceeding will be administratively closed.  More than 60 days have passed and the Court has not received the described notice or order.

Accordingly, for administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion.  TEX. R. APP. P. 8.2.  It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal.  TEX. R. APP. P. 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Appeal suspended; administratively closed
Opinion delivered and filed February 24, 2021
[CV06]

